Mr. Kenneth M. Watford
S.B.I. #290971B / SPN 711309
Southern State Correctional Facility
4295 Route 47
Delmont, N.J. 08314

Mrs. Kristyn Byrnes-Frankel
Mitchell H. Cohen U.S. Court House
1 John F. Gerry Plaza
4th & Cooper Sts.
Camden, N.J. 08101

RECEIVED
OCT 26 2020
NOEL L. HILLMAN
U.S. DISTRICT JUDGE

RECEIVED
OCT 26 2020
NOEL L. HILLMAN
U.S. DISTRICT JUDGE

October 15, 2020

**RE: <u>Notice of Transfer</u>**

Dear Mrs. Frankel,

    I am writing to you to inform your office that I have recently been transferred to Southern State Correctional Facility in Delmont N.J. 08314. I presently have a Habeas Corpus action pending before the Hon. Judge Noel Hillman and would like to be updated on the status of said matter. Unfortunately I am unable too provide you with the docket number as I have been here now for 21 days and have yet to receive any of my property so, I prayerfully hope that you are able to assist me with just my name. Kenneth Marvin Watford, my matter was filed on March 29, 2019, that is about the extent of all of the information that I have.

    I thank you in advance for your time and any assistance that you may provide me as I remain,

file: KMW

Respectfully yours,

*[signature]*

```
Mr. Kenneth M. Watford
S.B.I. #290971B
Southern State Corr. Facility
4295 Route 47
Delmont, N.J. 08314
```

SOUTH JERSEY NJ 080 NEOPOST
17 OCT 2020 PM 6 L

FIRST-CLASS MAIL
10/17/2020
US POSTAGE $000.55⁰



ZIP 08314
041M11279377

```
Mrs. Kristyn Byrnes-Frankel
Judicial Assistant
Mitchell H. Cohen U.S. Court House
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, N.J. 08101
```

RECEIVED
OCT 20 2020
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

08102-157101